IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOBBY SMITH, JR.,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 09-0448-CG-M** |
| **GWENDOLYN GIVENS, et al.,** | : | |
| Defendants. | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's complaint be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 30th day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE