# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOBBY SMITH, JR.,** | : | |
| **Plaintiff,** | : | |
| vs. | : | **CIVIL ACTION 09-0448-CG-M** |
| **GWENDOLYN GIVENS, et al.,** | : | |
| **Defendants.** | : | |

## **JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's complaint be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 30th day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE